OPS 40
(Rev. 7/2013)

UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

**FROM:** U.S. Pretrial Services, PAE
Wm. Green Federal Office Bldg.
600 Arch St., Suite 4408
Philadelphia, PA 19106

☒ **Original Notice**

**Date:** July 10, 2026

**By:** Janitza Gomez, U.S. Pretrial Services Officer

☐ **Notice of Disposition**

**Date:**

**By:**

R# 20039407

Defendant: Mark Ross

Date of Birth: [redacted]

SSN: [redacted]

Case Number: 2:26-mj-01267-3

Place of Birth: Philadelphia, PA

**Notice of Court Order** (Order Date: July 9, 2026)

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☒ X The above-named defendant surrendered Passport Number [redacted] to the custody of the U.S. District Court on July 9, 2026.

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted. B Document returned to defendant.

☐ Defendant not convicted. B Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted. B Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court